# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| EILEEN M. O'BRYAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:17-cv-600-RGJ-LLK |
| | ) |
| | ) *Electronically Filed* |
| PREFERRED CREDIT, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of Plaintiff Eileen O'Bryan and Defendant Preferred Credit, Inc., each by and through counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Preferred Credit, Inc. are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorney's fees and costs.

Respectfully submitted,

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
Fax 502-873-5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff Eileen O'Bryan*

Have seen and agreed:

FROST BROWN TODD LLC

/s/ Thomas C. Gleason (with permission)
Thomas C. Gleason
Nathaniel T. Fowler
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Phone: 502-589-5400
Fax:  502-581-1087
tgleason@fbtlaw.com
nfowler@fbtlaw.com
*Counsel for Defendant Preferred Credit, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ David W. Hemmiger
Counsel for Plaintiff

https://fbtlaw-my.sharepoint.com/personal/kthompson_fbtlaw_com/Documents/Desktop/Preferred Credit Agreed Order of Dismissal.docx